UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI (ST. LOUIS)

| | |
|---|---|
| In Re: KATHARINE M STEPHENS ) | |
| ) | |
| Debtor(s) ) | Case No. 13-45392-399 |
| ) | |
| ) | Chapter 13 |
| ) | |
| ARSENAL CREDIT UNION ) | |
| ) | NOTICE OF DEFAULT |
| Movant ) | |
| ) | |

    PLEASE TAKE NOTICE that the debtor in the above-captioned case is in default under the terms of a Stipulation between the debtor and Arsenal Credit Union ("Arsenal") which was entered by this Court on May 13, 2014. Pursuant to the Stipulation, debtor was to pay regular ongoing monthly post-petition payments to Arsenal plus an additional "cure" period of $387.95 per month beginning June 15, 2014 for six (6) consecutive months.

    Debtor is in default under the terms of the Stipulation in that she has failed to pay the May 2014 and June 2014 post-petition payment and the "cure" payment due June 15, 2014. The amount needed to cure the default as of June 30, 2014 is $763.63.

    The Stipulation further provided that in the event debtor failed to comply, Arsenal would file a Notice of Default with the U.S. Bankruptcy Court and send a copy to debtor and her attorney. Debtor would then have ten (10) days to cure said default. In the event the default was not cured in these ten days, Arsenal shall be entitled to an Order granting relief from stay.

                        SOMMARS & ASSOCIATES, L.L.C.
                        By: /s/ Donna M. Sommars
                           Donna M. Sommars  MO #34043
                           Pamela B. Leonard MO #37027
                           Attorney for Arsenal Credit Union
                           911 Washington Ave., Ste. 415
                           St. Louis, MO  63101
                           314/241-5500; fax 314/241-5507
                           donna@sommars.net

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing was served either electronically or via U.S. Mail on June 30, 2014 to:

Sean Paul, attorney for Debtors, 8917 Gravois Rd 2nd Floor, , Saint Louis, MO 63123

John V. Labarge Jr., trustee, P.O. Box 430908, , Saint Louis, Mo 63143

Katharine M Stephens, debtor, 3359 Marbury Dr, Saint Louis, MO 63129

, debtor, ,

/s/ Donna M. Sommars